Thomas F. McCall, Respondent, v. Emma L. Jacquelin, Appellant.

Appeal from order denying motion to vacate order for substituted service.

*Redfield & Redfield*, for appellant.

*Michael H. Curran*, for respondent.

CONLAN, J.   The order for substituted service was properly made and the requirements of the Code observed.   Motion to vacate was properly denied.

Order appealed from affirmed, with costs.

FITZSIMONS and BOTTY, JJ., concur.

Order affirmed, with costs.